# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEGGY CAIN, AN INDIVIDUAL;
JEFFREY CAIN, AN INDIVIDUAL;
AND HELI OPS INTERNATIONAL,
LLC, AN OREGON LIMITED
LIABILITY COMPANY,

          Appellants,

vs.

MARGARET RAWSON,

          Respondent.

No. 76381

FILED

SEP 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Thomas W. Gregory, District Judge
       Margaret Crowley, Settlement Judge
       Matuska Law Offices, Ltd.
       Dubowsky Law Office, Chtd.
       Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-39925